UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN A. PASTORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCCLINTOCK INDUSTRIES, INC. d/b/a RED AUTO PROTECTION,<br><br>Defendant. | CASE NO. 8:20-cv-00549-CBM-DFM<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL [JS-6]**<br><br>Hon. Consuelo B. Marshall |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Jonathan A. Pastore ("Plaintiff"), in its individual capacity against McClintock Industries, Inc. d/b/a Red Auto Protection ("Defendant"), and dismisses all class claims alleged against Defendants without prejudice.

3. Each party shall bear their own attorney's fees, costs and expenses.

**IT SO ORDERED**

Dated: June 2, 2021

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE